**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

January 16, 2014

Hon. John W. Johnson
Creighton, Fox, Johnson & Mills P.L.L.C.
P.O. Box 5607
Beaumont, TX  77726

Hon. Lance P. Bradley
McPherson, Monk, Hughes, Bradley & Wimberley
3120 Central Mall Drive
Port Arthur, TX  77642

Re:      Cause No. 13-12-00288-CV, & 13-12-00339-CV
Tr.Ct.No. 96313
Style:    IN THE ESTATE OF BETTY LOU HUGHES


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
County Court/Jefferson
Hon. Carolyn L. Guidry, County Clerk/Jefferson
Hon. Olen Underwood, Presiding Judge, Second Administrative Judicial Region